UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA SILER, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 3:20-96 |
| v. | : |
| | : (JUDGE MANNION) |
| CSAA GENERAL INSURANCE COMPANY | : |
| | : |
| Defendant | |

### ORDER

In accordance with the court's memorandum issue this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant's motion to dismiss, (Doc. 7), is **GRANTED** and the Complaint, (Doc. 1-1), is **DISMISSED with prejudice**.

**(2)** Siler's motion for leave to amend, (Doc. 39), is **DENIED**.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: February 11, 2021**
20-96-01